AO 442 (Rev. 11/11) Arrest Warrant

11011432

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
**WAYNE RODELL CARR-MAIDEN**

Case No. 23-CR-73-12

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **WAYNE RODELL CARR-MAIDEN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 21 USC § 853(p); and 28 USC § 2461(c)

Date: **05/18/2023**

Zia M. Faruqui
2023.05.18 16:03:54
-04'00'
*Issuing officer's signature*

City and state: **WASHINGTON, D.C.**

**ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE**
*Printed name and title*

### Return

This warrant was received on *(date)* **5-18-23**, and the person was arrested on *(date)* **6-1-23**
at *(city and state)* **Washington, D.C.**

Date: **6-1-23**

*Arresting officer's signature*

**SA Cole Cartmille**
*Printed name and title*

Shedelle Dorsett
Digitally signed by Shedelle Dorsett
Date: 2023.05.22 12:43:50 -04'00'